## McCRACKEN'S ADMINISTRATOR v. BRADFORD'S ADMINISTRATOR.

Court of Common Pleas.   New Castle.   December, 1794.

*Bayard's Notebook, 86.*

Upon the trial the Court ruled that no evidence could be given of assets prior to the judgment.

*Bayard* for plaintiff.   *Read* for defendant.

## EVANS v. POPE.

Court of Common Pleas.   New Castle.   December, 1795.

*Bayard's Notebook, 87.**

The Court, upon objection, ruled that the party's book was as regular evidence under the Act of Assembly [1 Del.Laws 328] of cash lent as of other matters chargeable in account; that the like construction had been put on a similar Act of Assembly in Maryland, and they had never known a different practice in this state.

---

* This case is also reported in *Rodney's Notes*, Dec., 1795.